# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|       Plaintiff, ) | Cr. No. 0 5 - 1 0 0 5 6 - 01- T |
| v. ) | |
| ) | |
| MICHAEL CREWS, ) | |
|       Defendant. ) | |

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have **MICHAEL CREWS**, now being detained in the Gibson County Jail, appear before the Honorable S. Thomas Anderson on TUESDAY, 08/23/05, at 2:00 a.m./p.m. for initial appearance for such other appearances as this Court may direct.

Respectfully submitted this 26th day of July 2005.

*James W. Powell*
JAMES W. POWELL
Assistant U. S. Attorney

## ORDER

Upon consideration of the foregoing Application,

David Jolley, U.S. Marshall, Western District of Tennessee, and Gibson County Sheriff:

**YOU ARE HEREBY COMMANDED** to have **MICHAEL CREWS**, appear before the Honorable S. Thomas Anderson at the date and time aforementioned.

**ENTERED** this 26th day of July 2005.

*S. Thomas Anderson*
**S. THOMAS ANDERSON**
**United States Magistrate Judge**

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7/27/05

13



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 1:05-CR-10056 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT