IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                     Cr. No. 05-10056-01-T

MICHAEL CREWS,

    Defendant.

---

## ORDER ON ARRAIGNMENT

This cause came to be heard on August 2, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is appointed:

NAME:       Colin Morris
ADDRESS:

TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

The defendant, being held without bond pursuant to BRA of 1984, is remanded to the custody of the U.S. Marshal.

*S. Thomas Anderson*
S. THOMAS ANDERSON
United States Magistrate Judge

Charges:    unlawful transport of firearms

Assistant U.S. Attorney assigned to case: Powell

Rule 32 was not waived.

Defendant's age: 33.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 08-03-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 1:05-CR-10056 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

J. Colin Morris
MOSIER & MORRIS, P.A.
204 W. Baltimore
Jackson, TN 38302--162

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT